UNITED STATES DISTRICT COURT
EASTERN DISRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| EVAN PETROS, Individually, : : Plaintiff, : : v. : AMER ASTAFIN : Individually : : Defendant. : | Case No. 2:14-cv-12900 |

| | |
|---|---|
| STEVEN M. HYDER (P69875)<br>PO Box 2243<br>Monroe, MI  Lake, Michigan  48161<br>Telephone:  (734) 757-4586<br>hyders@priorityonelaw.com<br><br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff* | David R. Heyboer (P27975)<br>511 Fort Street, Suite 407<br>Port Huron, MI 48060<br>810-982-9800<br>hflaw@iwarp.net<br>**Attorney for Defendant** |

**STIPULATED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties, through their respective counsel, having stipulated to a Voluntary Dismissal of Defendant With Prejudice, and the Court being otherwise fully advised in the premises;

1

IT IS HEREBY ORDERED that the instant action is dismissed with prejudice against Defendant Amer Astafin.

                                                  sArthur J. Tarnow
                                                  ARTHUR J. TARNOW
                                                  United States District Court Judge

Dated: November 13, 2015

       The parties, through and by undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

       Respectfully submitted this 12th day of November 2015.

STEVEN M. HYDER (P69875)  
PO Box 2243  
Monroe, MI Lake, Michigan  48161  
Telephone:  (734) 757-4586  
hyders@priorityonelaw.com  

PETE M. MONISMITH  
PETE M. MONISMITH, PC  
3945 Forbes Avenue,  
Suite #175  
Pittsburg, Pennsylvania  15213  
Telephone:  (724) 610-1881  
Facsimile (412) 258-1309  
Pete@monismithlaw.com  
*Attorneys for Plaintiff*

David R. Heyboer (P27975)  
511 Fort Street, Suite 407  
Port Huron, MI 48060  
810-982-9800  
hflaw@iwarp.net  
**Attorney for Defendant**